**Order entered March 21, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00043-CV

## IN THE INTEREST OF J.C., A CHILD

**On Appeal from the 305th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. JC-20-00975-X**

## ORDER

Before the Court is Father's March 18, 2022 motion for a ten-day extension

of time to file his appellant's brief. We **GRANT** the motion and **ORDER** the brief

be filed no later than March 30, 2022.

/s/    CRAIG SMITH
       JUSTICE